| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12799-AMC**

Richard Brauer  
1255 Bucks Road  
Perkasie  PA    18944

Petition Filed Date: 09/18/2023  
341 Hearing Date: 12/01/2023  
Confirmation Date: 05/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/06/2023 | $1,250.00 | | 11/21/2023 | $1,250.00 | | 12/18/2023 | $1,250.00 | |
| 01/18/2024 | $1,250.00 | | 02/20/2024 | $1,250.00 | | 03/18/2024 | $944.00 | |
| 04/17/2024 | $944.00 | | 05/20/2024 | $944.00 | | 05/30/2024 | $260.00 | |
| 07/01/2024 | $260.00 | | 07/08/2024 | $944.00 | | 07/22/2024 | $1,204.00 | |

**Total Receipts for the Period:  $11,750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,954.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Secured Creditors | $3,220.54 | $0.00 | $3,220.54 |
| 2 | BUCKS COUNTY TAX CLAIM BUREAU »» 002 | Secured Creditors | $24,577.09 | $0.00 | $24,577.09 |
| 3 | KEYBANK N.A. »» 003 | Mortgage Arrears | $861.41 | $0.00 | $861.41 |
| 4 | KEYBANK N.A. »» 004 | Unsecured Creditors | $6,089.27 | $0.00 | $6,089.27 |
| 5 | KEYBANK N.A. »» 005 | Mortgage Arrears | $1,026.66 | $0.00 | $1,026.66 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $468.93 | $0.00 | $468.93 |
| 7 | UNITED STATES TREASURY (IRS) »» 007 | Priority Crediors | $12,821.00 | $7,575.00 | $5,246.00 |
| 8 | PATRICIA S MC VAUGH TAX COLLECTOR | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AR RESOURCES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BUS BKG EXPRESS LENDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PECO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12799-AMC**

---

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,954.00 | Current Monthly Payment: | $1,207.00 |
| Paid to Claims: | $10,575.00 | Arrearages: | $12.00 |
| Paid to Trustee: | $1,295.40 | Total Plan Base: | $72,109.00 |
| Funds on Hand: | $1,083.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

---