U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RICHARD BRAUER          :   CHAPTER 13
                                 :
   Debtor(s)                     :   BANKRUPTCY NO. 23-12799AMC

### ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket # 45 the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #52) is **approved**.

Date: May 15, 2025

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE