| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-12799-AMC

| | |
|---|---|
| Richard Brauer | Petition Filed Date: 09/18/2023 |
| 1255 Bucks Road | 341 Hearing Date: 12/01/2023 |
| Perkasie  PA    18944 | Confirmation Date: 05/22/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2024 | $1,204.00 | | 09/20/2024 | $1,204.00 | | 10/22/2024 | $1,204.00 | |
| 11/20/2024 | $1,204.00 | | 12/20/2024 | $1,204.00 | | 01/21/2025 | $1,204.00 | |
| 02/24/2025 | $1,204.00 | | 03/20/2025 | $1,204.00 | | 04/23/2025 | $1,204.00 | |
| 05/09/2025 | $121.01 | | 06/09/2025 | $121.01 | | 07/10/2025 | $121.01 | |

**Total Receipts for the Period: $11,199.03   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,070.04**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Secured Creditors | $3,220.54 | $511.23 | $2,709.31 |
| 2 | BUCKS COUNTY TAX CLAIM BUREAU »» 002 | Secured Creditors | $24,577.09 | $3,979.18 | $20,597.91 |
| 3 | KEYBANK N.A. »» 03A | Mortgage Arrears | $861.41 | $131.29 | $730.12 |
| 4 | KEYBANK N.A. »» 004 | Unsecured Creditors | $6,089.27 | $0.00 | $6,089.27 |
| 5 | KEYBANK N.A. »» 005 | Mortgage Arrears | $1,026.66 | $156.47 | $870.19 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $468.93 | $0.00 | $468.93 |
| 7 | UNITED STATES TREASURY (IRS) »» 007 | Priority Crediors | $12,821.00 | $12,821.00 | $0.00 |
| 8 | PATRICIA S MC VAUGH TAX COLLECTOR | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AR RESOURCES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BUS BKG EXPRESS LENDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PECO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | KEYBANK N.A. »» 03B | Mortgage Arrears | $5,671.08 | $283.92 | $5,387.16 |

**Chapter 13 Case No. 23-12799-AMC**

| SUMMARY |
| :---: |

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $23,070.04 | Current Monthly Payment: | $1,044.00 |
| Paid to Claims: | $20,883.09 | Arrearages: | $2,487.96 |
| Paid to Trustee: | $2,158.81 | Total Plan Base: | $64,186.00 |
| Funds on Hand: | $28.14 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.