**U.S. BANKRUPTCY  COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **RICHARD  BRAUER**                    **CHAPTER13**

        **Debtor(s)**                              **BANKRUPTCY  NO. 23-12799AMC**

## ORDER

     AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter

13 Plan (docket# 59, the Motion");

     It is hereby **ordered** that

1)   The Motion is **granted;** and

2)   The Modified Plan (doc. #63) is **approved.**

Date: Jan. 14, 2026

                              ASHELY M. CHAN
                              CHIEF, U.S. BANKRUPTCY JUDGE