United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 23-12799-amc

Richard Brauer                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                    Page 1 of 2

Date Rcvd: May 13, 2026                      Form ID: 167                                    Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Richard Brauer, 1255 Bucks Road, Perkasie, PA 18944-3858 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | ^ MEBN | May 14 2026 00:39:14 | KeyBank NA as s/b/m to First Niagara Bank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Key Bank  NA msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Key Bank  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0313-2                                    User: admin                                                Page 2 of 2

Date Rcvd: May 13, 2026                            Form ID: 167                                        Total Noticed: 2

MICHAEL KEVIN MARTIN
          on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com

PAUL H. YOUNG
          on behalf of Creditor KeyBank NA as s/b/m to First Niagara Bank NA support@ymalaw.com
          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
          ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
          on behalf of Debtor Richard Brauer support@ymalaw.com
          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
          ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 167* (1/25)–doc 73 – 71

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   Richard Brauer                          )              Case No. 23–12799–amc
                                          )
                                          )
   Debtor(s).                              )              Chapter: 13
                                          )
                                          )

## <u>NOTICE OF HEARING</u>

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MAGGIE S SOBOLESKI on behalf of Key Bank, NA

on: 6/3/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107


Date: May 13, 2026                                              For The Court

                                                                 Mohung Wong
                                                                 Clerk of Court