United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-12799-amc

Richard Brauer                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID**        **Recipient Name and Address**
db        + Richard Brauer, 1255 Bucks Road, Perkasie, PA 18944-3858

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name**        **Email Address**

KELLY LYN EBERLE
       on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com

MAGGIE S SOBOLESKI
       on behalf of Creditor Key Bank  NA msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
       on behalf of Creditor Key Bank  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL KEVIN MARTIN
       on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com

PAUL H. YOUNG
       on behalf of Debtor Richard Brauer support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 17, 2026                       Form ID: pdf900                                Total Noticed: 1

on behalf of Creditor KeyBank NA as s/b/m to First Niagara Bank NA support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Richard Brauer | | CHAPTER 13 |
| | Debtor | |
| KeyBank, NA | | |
| | Moving Party | |
| vs. | | NO. 23-12799 AMC |
| Richard Brauer | | |
| | Debtor | |
| Scott F. Waterman | | 11 U.S.C. Section 362 |
| | Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     As of June 15, 2026, the post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$4,370.97**. Post-petition funds received after June 15, 2026, will be applied per the terms of this stipulation as outlined herein. The arrearage is itemized as follows:

Post-Petition Payments:     February 2026 at $926.97, March 2026 at $864.86, April 2026 at $831.91, May 2026 at $889.96, June 2026 at $857.27

**Total Post-Petition Arrears: $4,370.97**

2.     The Debtor shall cure said arrearages in the following manner:

a). Beginning with the payment due **July 2026** and continuing through **November 2026**, until the arrearages are cured, Debtor shall pay the present regular monthly mortgage payment of **$857.27** (or as adjusted pursuant to the terms of the mortgage) on or before the fifteenth (15th) day of each month (with late charges being assessed after 15 days), plus an installment payment of **$728.50** towards the arrearages on or before the last day of each month, with a final installment payment of **$728.47** due **December 2026**, at the address below:

KeyBank N.A.
PO Box 94968
Cleveland, OH 44101

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3.     Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(4).

5.      If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

6.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7.      The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8.      The parties agree that a facsimile signature shall be considered an original signature.


Date:   June 4, 2026                     /s/ Maggie Soboleski
                                         Maggie Soboleski, Esq.
                                         Attorney for Movant


Date:_____             _____
                                         Paul H. Young, Esq.
                                         Attorney for Debtor


Date:_July 15, 2026_____               /s/ Ann Swartz  for
                                         Scott F. Waterman
                                         Chapter 13 Trustee


Approved by the Court this 17th day of  July            , 2026.  However, the Court
retains discretion regarding entry of any further order.

                                         _____
                                         Bankruptcy Judge
                                         Ashely M. Chan