Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Richard Brauer
1255 Bucks Road
Perkasie, PA 18944

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12799-AMC**

Petition Filed Date: 09/18/2023
341 Hearing Date: 12/01/2023
Confirmation Date: 05/22/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $121.01 | | 09/09/2025 | $121.01 | | 10/13/2025 | $121.01 | |
| 11/20/2025 | $1,331.00 | | 12/22/2025 | $1,331.00 | | 01/15/2026 | $3,800.00 | |
| 01/28/2026 | $1,331.00 | | 02/23/2026 | $1,331.00 | | 03/23/2026 | $1,331.00 | |
| 04/20/2026 | $1,331.00 | | 05/20/2026 | $1,331.00 | | 06/23/2026 | $1,331.00 | |
| 07/20/2026 | $1,331.00 | | | | | | | |

**Total Receipts for the Period: $16,142.03 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $40,422.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $3,220.54 | $1,949.95 | $1,270.59 |
| 2 | BUCKS COUNTY TAX CLAIM BUREAU<br>»» 002 | Secured Creditors | $24,577.09 | $14,880.61 | $9,696.48 |
| 3 | KEYBANK N.A.<br>»» 03A | Mortgage Arrears | $861.41 | $521.55 | $339.86 |
| 4 | KEYBANK N.A.<br>»» 004 | Unsecured Creditors | $6,089.27 | $0.00 | $6,089.27 |
| 5 | KEYBANK N.A.<br>»» 005 | Mortgage Arrears | $1,026.66 | $621.61 | $405.05 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $468.93 | $0.00 | $468.93 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 007 | Priority Crediors | $12,821.00 | $12,821.00 | $0.00 |
| 8 | PATRICIA S MC VAUGH TAX COLLECTOR | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AR RESOURCES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BUS BKG EXPRESS LENDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PECO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | WELLS FARGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12799-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | KEYBANK N.A.<br>»» 03B | Mortgage Arrears | $5,671.08 | $3,135.07 | $2,536.01 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,422.06 | Current Monthly Payment: | $1,203.00 |
| Paid to Claims: | $36,929.79 | Arrearages: | ($6,283.06) |
| Paid to Trustee: | $3,492.27 | Total Plan Base: | $64,214.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.